PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS

## Report on Offender Under Supervision

| | |
|---|---|
| Name of Offender: Amber Carolyn Scarffol | Case Number: A-11-CR-589(03)-LY |

Name of Sentencing Judicial Officer:   Honorable Lee Yeakel, United States District Judge

Date of Original Sentence:   July 6, 2012

Original Offense:   Aided and Abetted Bank Robbery, in violation of 18 U.S.C. § 2113(a); 18 U.S.C. 2113(d) and 18 U.S.C. 2

Original Sentence:   One Hundred Thirty-Eight (138) Months followed by five (5) years supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: May 4, 2021

### PREVIOUS COURT ACTION

On March 10, 2021, a Probation Form 12B-Request for Modifying the Conditions or Term of Supervision with the Consent of the Offender was submitted, reporting the offender's homelessness status. The U.S. Probation Officer requested the Court modify the offender's conditions to include halfway house placement to establish residency. The Court concurred with the recommendation on March 11, 2021.

On July 14, 2021, a Probation Form 12B-Request for Modifying the Conditions or Term of Supervision with the Consent of the Offender was submitted, establishing a $50 monthly payment plan towards her restitution balance. On July 29, 2021, Your honor concurred with the recommendation.

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Special Condition: The defendant shall submit to an evaluation for substance abuse or dependency treatment as directed by the probation officer, and if deemed necessary by the probation officer, the defendant shall participate in a program approved by the probation officer for treatment of narcotic addiction or drug or alcohol dependency which may include testing and examination to determine if the defendant has reverted to the use of drugs or alcohol. The defendant may be required to contribute to the cost of the services rendered (copayment) in an amount to be determined by the probation officer, based upon the defendant's ability to pay.** |
| 2. | **Special Condition: The defendant shall refrain from the use of alcohol and all other intoxicants during the term of supervision.** |

Amber Carolyn Scarffol
A-11-CR-589(03)-LY
January 21, 2022
Page 2

    3.      **Standard Condition No. 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

    4.      **Standard Condition No. 15**: The defendant shall submit to an evaluation for substance abuse or dependency treatment as directed by the probation officer, and if deemed necessary by the probation officer, the defendant shall participate in a program approved by the probation officer for treatment of narcotic addiction or drug or alcohol dependency which may include testing and examination to determine if the defendants has reverted to the use of drugs or alcohol. During treatment, the defendant shall abstain from the use of alcohol and any and all intoxicants. The defendant may be required to contribute to the cost of the services rendered (copayment) in an amount to be determined by the probation officer, based upon the defendant's ability to pay.

On November 21, 2021, Ms. Scarffol was discharged from Green Meadow sober living due to testing positive for alcohol.

**Special Condition**: If the defendant is unable to pay. the Restitution immediately, the defendant shall pay the entire amount of the Restitution at the rate of no less than $50 per month, due by the third day of each month beginning August 2021. The court-imposed payment schedule shall not prevent statutorily authorized collection efforts by the U.S. Attorney. The defendant shall cooperate fully with the U.S. Attorney and the U.S. Probation Office to make payment in full as soon as possible.

Ms. Scarffol has failed to make monthly restitution payments of $50 for the months of August and September 2021.

**U.S. Probation Officer Action:**

Ms. Scarffol commenced her supervised release on May 4, 2021, with a discharge date of May 3, 2027. She is a Criminal History Category VI offender with offenses that include several drug charges. Ms. Scarffol admits to consuming alcoholic beverages daily until the time of her arrest. She began using crack cocaine at the age of 17, using off and on for the last twenty years. Ms. Scarffol estimated using $1,000 a day in crack when she had money. She further reported abusing the prescription drug Seroquel.

On May 4, 2021, Ms. Scarffol was referred to Lifetime Recovery for co-occurring treatment. She is currently participating in individual treatment sessions and is placed on Phase II in the COMPLY random drug testing system, which will require her to test twice a month. Additionally, Ms. Scarffol is actively participating in psychiatric services with Crosspoint.

On November 21, 2021, in a phone interview with Ms. Scarffol, she indicated she and another resident rented a hotel room for the night and decided to drink alcohol on the evening of November 20, 2021. She admitted that she did not make the best decision, jeopardizing her residential stability.

As a correctional strategy for the violation, the U.S. Probation Officer counseled and advised Ms. Scarffol of the negative repercussions of using alcohol. I encouraged the offender to engage in prosocial activities and speak with her counselor and probation officer whenever she feels overwhelmed and on the verge of relapse. As a controlling strategy, Ms. Scarffol was readmitted to halfway house placement with Crosspoint to avoid being homeless.

Ms. Scarffol has agreed to make monthly payments of $100 for January and February 2022 to resolve her arrears.

Amber Carolyn Scarffol
A-11-CR-589(03)-LY
January 21, 2022
Page 3

She will continue to be closely monitored, and any additional violations will be promptly reported to the Court. It is respectfully recommended the Court take no action at this time.

Approved:                                               Respectfully submitted,

*Corrina F. Lopez* (signature)                          *Corrina F. Lopez* (signature)

Corrina F. Lopez                                        Corrina F. Lopez
Supervising U.S. Probation Officer                      Supervising U.S. Probation Officer
Telephone:  (210) 472-6590, Ext.  5342                  Telephone:  (210) 472-6590, Ext.  5342
                                                        Date:  January 21, 2022

cc:   Christopher L. Peele
      Assistant U.S. Attorney

      Brenda Trejo-Olivarri
      Assistant Deputy Chief U.S. Probation Officer

---

[X] Approved as submitted.

[ ] Submit a Request for Modifying the Condition or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other _____

_____
Honorable Susan Hightower
U.S. Magistrate Judge

**January 28, 2022**
_____
Date